**Submitted But Not Entered.**

_____ The Honorable Brian D. Lynch

**Brian D. Lynch**
**U.S. Bankruptcy Judge**

Chapter 7
Hearing Date: December 14, 2022
Hearing Location: Tacoma, Courtroom I
Hearing Time: 9:00 a.m.
Response Date: December 7, 2022

All orders must leave the top four inches of the first page blank for Court use only. LBR 9021-1(d)(1).

---

# IN UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In Re:

THOMAS JAMES WEEMS
BRITTANY NICOLE WEEMS

　　　　　Debtors.

NO.  22-40819-BDL

(CHAPTER 7)

STIPULATED ORDER GRANTING
POTLATCH #1 FEDERAL CREDIT
UNION'S MOTION FOR
RELIEF FROM AUTOMATIC STAY

　　　　IT IS HEREBY STIPULATED by the Debtors Thomas James Weems and Brittany Nicole Weems, by and through their attorney David Smith, Kathryn A. Ellis, the Chapter 7 Trustee, and Creditor Potlatch No. 1 Federal Credit Union ("P1FCU"), its assignees and/or successors in interest by and through its attorney Joseph A. Grube as follows:

　　　　1.　　That the Automatic Stay in the above-entitled Bankruptcy proceeding is immediately vacated and extinguished for all purposes as to P1FCU, its assignees and/or successors in interest ("Creditor " herein) and Creditor, its assignees and/or successors in

**GRUBE OREHOSKI, PLLC**
1200 FIFTH AVENUE, SUITE 1711
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

interest may proceed with foreclosure of the subject Vehicle described as a 2021 Ford Expedition, VIN 1FMJK1MTXMEA632642021 pursuant to applicable statutory law and to dispose of same in a commercially reasonable manner.

2.      That entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Vehicle.

IT IS SO ORDERED.

///End of Order///

Presented by:

GRUBE OREHOSKI, PLLC

By: /s/ *Joseph A. Grube*
Joseph A. Grube, WSBA #26476
Attorneys for Creditor
Potlatch #1 Federal Credit Union


By:  /s/ *David C. Smith*
David C. Smith, WSBA #29824
Attorney for Debtors
Thomas James Weems
Brittany Nicole Weems


By:  /s/ *Kathryn A. Ellis*
Kathryn A. Ellis
Chapter 7 Trustee

GRUBE OREHOSKI, PLLC
1200 FIFTH AVENUE, SUITE 1711
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607