Entered on Docket December 19, 2022

**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

---

# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>THOMAS JAMES WEEMS<br>BRITTANY NICOLE WEEMS<br><br>Debtors. | NO. 22-40819-BDL<br><br>(CHAPTER 7)<br><br>STIPULATED ORDER GRANTING POTLATCH #1 FEDERAL CREDIT UNION'S MOTION FOR<br>RELIEF FROM AUTOMATIC STAY |

IT IS HEREBY STIPULATED by the Debtors Thomas James Weems and Brittany Nicole Weems, by and through their attorney David Smith, Kathryn A. Ellis, the Chapter 7 Trustee, and Creditor Potlatch No. 1 Federal Credit Union ("P1FCU"), its assignees and/or successors in interest by and through its attorney Joseph A. Grube as follows:

1. That the Automatic Stay in the above-entitled Bankruptcy proceeding is immediately vacated and extinguished for all purposes as to P1FCU, its assignees and/or successors in interest ("Creditor " herein) and Creditor, its assignees and/or successors in

STIPULATED ORDER GRANTING POTLATCH #1
FEDERAL CREDIT UNION'S MOTION FOR
RELIEF FROM AUTOMATIC STAY
PAGE 1 OF 2

GRUBE OREHOSKI, PLLC
1200 FIFTH AVENUE, SUITE 1711
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

interest may proceed with foreclosure of the subject Vehicle described as a 2021 Ford Expedition, VIN 1FMJK1MTXMEA632642021 pursuant to applicable statutory law and to dispose of same in a commercially reasonable manner.

2. That entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Vehicle.

IT IS SO ORDERED.

///End of Order///

Presented by:

GRUBE OREHOSKI, PLLC

By: /s/ *Joseph A. Grube*
Joseph A. Grube, WSBA #26476
Attorneys for Creditor
Potlatch #1 Federal Credit Union

By: /s/ *David C. Smith*
David C. Smith, WSBA #29824
Attorney for Debtors
Thomas James Weems
Brittany Nicole Weems

By: /s/ *Kathryn A. Ellis*
Kathryn A. Ellis
Chapter 7 Trustee

STIPULATED ORDER GRANTING POTLATCH #1
FEDERAL CREDIT UNION'S MOTION FOR
RELIEF FROM AUTOMATIC STAY
PAGE 2 OF 2

GRUBE OREHOSKI, PLLC
1200 FIFTH AVENUE, SUITE 1711
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607