UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re

THOMAS JAMES WEEMS and
BRITTANY NICOLE WEEMS,

Debtor(s).

No. 22-40819-BDL

EX PARTE ORDER APPROVING
DEBTOR'S WAIVER OF DISCHARGE
AND AUTHORIZING DISMISSAL OF
ADVERSARY PROCEEDING

This matter came before the Court on the Ex Parte Stipulated Motion for Order Approving Waiver of Debtors' Discharge and Authorizing Dismissal of Adversary Proceeding (the "Motion"). The Court has reviewed and considered the Motion, the supporting declaration, and waiver of discharge attached thereto, and the records and files herein. Based upon the foregoing, the Court finds that notice of the Motion was adequate under the circumstances and that the Motion should be granted and therefore

IT IS HEREBY ORDERED THAT

A. The Motion is granted;

B. The written waiver of discharge executed by debtor Thomas James Weems as attached to the Mohr Declaration is hereby approved.

C. Thomas James Weems shall not be granted a discharge in this chapter 7 case.

D. The United States Trustee withdraws his Complaint with respect to Brittany Nicole Weems.

EX PARTE ORDER APPROVING WAIVER
OF DISCHARGE- 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

E.    Pursuant to Bankruptcy Rule 4006, upon entry of this Order, the Clerk of the Bankruptcy Court shall promptly give notice thereof to all creditors in the manner provided in Bankruptcy Rule 2002(f); and

F.    Upon entry of this order, the United States Trustee is authorized to file an ex parte order dismissing Adversary Proceeding No. 22-04037.

///END OF ORDER///

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18


*/s/ Hilary Bramwell Mohr*
Hilary Bramwell Mohr, WSBA #40005
Attorney for United States Trustee


SALISH SEA LEGAL PLLC

*/s/ Benjamin Ellison [approved via email]*
Benjamin Ellison, WSBA #48315
Attorney for Defendants

EX PARTE ORDER APPROVING WAIVER
OF DISCHARGE- 2